■ HAZEL HARMEN, Respondent, v. RICHARD HARMEN, Appellant. RICHARD HARMEN, Appellant, v. HAZEL HARMEN, Respondent.— Motion by respondent to dismiss appeal, denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the May Term, commencing April 24, 1961; appeal

ordered on the calendar for said term. Cross motion by appellant to dispense with printing and for a stay, denied, without costs. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.